# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| **SOLUTIONINC LIMITED,**<br><br>Plaintiff,<br><br>v.<br><br>**NOKIA OF AMERICA CORPORATION,**<br><br>**Defendant.** | Case No. 1:20-cv-00187-LPS |

### PLAINTIFF SOLUTIONINC'S NOTICE OF VOLUNTARY DISMISSAL

Pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(i), Plaintiff SolutionInc Limited hereby dismisses this action **without prejudice**. Defendant has not yet answered the Complaint or moved for summary judgment.

Dated: February 25, 2020    Respectfully submitted,

*/s/ George Pazuniak*
George Pazuniak (DE Bar 478)
O'Kelly & Ernst, LLC
824 N. Market St., Suite 1001A
Wilmington, DE 19801
302-478-4230
gp@del-iplaw.com

*Counsel for Plaintiff*

1